# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-16-00321-CV

**Homestead Club Ventures. LLC, a Texas Limited Liability Company;
and Patricia Foster Kupritz, Appellants**

**v.**

**The State of Texas, Appellee**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 126TH JUDICIAL DISTRICT
### NO. D-1-GN-15-000732, HONORABLE STEPHEN YELENOSKY, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellants' brief was originally due on July 15, 2016.  On appellants' motion, the deadline for filing their brief was extended to August 18, however, appellants failed to file a brief by that date.  On August 30, we notified appellants that their brief was overdue and that failure to respond by September 9 would result in the dismissal of this appeal for want of prosecution.  The September 9 deadline has passed, and appellants have not filed a brief or a motion for extension of time.  Accordingly, we dismiss this appeal for want of prosecution.  *See* Tex. R. App. P. 38.8(a), 42.3(b).

_____

David Puryear, Justice

Before Justices Puryear, Pemberton, and Field

Dismissed for Want of Prosecution

Filed:   September 23, 2016